## Case No. 12,788.

### In re SHINE et al.

District Court. D. Massachusetts. March 3. 1877.

#### BANKRUPTCY—COMPOSITION.

One creditor of a bankrupt. who was endeavoring to obtain a resolution of composition. wrote to another creditor. who had not signed, desiring him to help forward the composition as much as possible. by his signature and other-

wise, and said: "I shall consider your doing so a personal favor. upon the strength of which you may depend upon my trade in future." *Held*, that it was improper to obtain the signature of a creditor in such a manner, and leave to record a resolution of composition containing such signature was refused.

[Cited in 15 Alb. Law J. 293. to the foregoing proposition. Nowhere reported; opinion not now accessible.]
[In the matter of Shine & Sons, bankrupts.]